**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> ALLAN MOORE <br> MICHELLE MOORE <br> Debtor(s) | Case No. 16-00145 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/05/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/16/2016.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $610.00 |
| Less amount refunded to debtor | $431.33 |

**NET RECEIPTS:**      **$178.67**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $28.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$28.67**

Attorney fees paid and disclosed by debtor:      $385.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABRAHAMS MARK COMPREHENSIV | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 52.14 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL CONSULTANT | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,792.90 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 383.05 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 70.71 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 1,087.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 650.00 | 638.27 | 638.27 | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| Byl Collection Service | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| CANCER TREATMENT CTR OF AMER | Unsecured | 1,012.50 | 1,012.50 | 1,012.50 | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,645.00 | 1,645.57 | 1,645.57 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,270.00 | 1,295.78 | 1,295.78 | 0.00 | 0.00 |
| CARDIOLOGY INTERPRETATION II | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 650.70 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CENTURY EAR NOSE & THROAT | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHICAGO LAKE SHORE MEDICAL | Unsecured | 121.20 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | 1,700.00 | NA | 1,700.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 868.53 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 653.00 | 966.00 | 966.00 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 216.00 | 375.56 | 375.56 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 380.00 | 119.72 | 119.72 | 0.00 | 0.00 |
| COMMUNITY PATHOLOGY ASSOCIA | Unsecured | 235.49 | NA | NA | 0.00 | 0.00 |
| Convergent | Unsecured | 245.64 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 295.99 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT CO | Unsecured | 302.00 | 1,619.94 | 1,619.94 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| DR KAPLAN SKLAR RESNICK KHOSH | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| ERC/DIRECTV INC. | Unsecured | 794.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Unsecured | 6,222.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORP | Secured | 9,900.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURE | Unsecured | 435.97 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION | Unsecured | 1,645.67 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | 619.00 | 618.71 | 618.71 | 0.00 | 0.00 |
| HEALTHPORT | Unsecured | 263.36 | NA | NA | 0.00 | 0.00 |
| HIGH TECH MEDICAL PARK | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Home Medical Express | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,825.00 | 14,486.94 | 14,486.94 | 0.00 | 0.00 |
| INVOICE AUDIT SERV | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| LAND OF LINCOLN MUTUAL HEALTH | Unsecured | 517.55 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTIONS | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 1,049.73 | NA | NA | 0.00 | 0.00 |
| MALCOM S GERALD & ASSOC | Unsecured | 32.76 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT & MEDICAL | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Adjst | Unsecured | 13,810.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST REGIONAL MEDICAL | Unsecured | 1,212.50 | NA | NA | 0.00 | 0.00 |
| Mira Med Medical Group | Unsecured | 2,609.66 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,418.17 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Unsecured | 466.14 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | 106,786.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 15,425.00 | 22,196.51 | 15,425.00 | 150.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | 6,748.00 | NA | 6,771.51 | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 718.52 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILITY | Unsecured | 749.36 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL GROUP | Unsecured | 1,006.51 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 4,984.76 | NA | NA | 0.00 | 0.00 |
| NOVA CARE REHABILITATION | Unsecured | 28.40 | NA | NA | 0.00 | 0.00 |
| NOVASOM | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | 6,569.00 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST SC | Unsecured | 148.20 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 193.00 | 415.09 | 415.09 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 54.41 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 132.50 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 2,000.63 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 371.40 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | Unsecured | 0.00 | 933.57 | 933.57 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 6,999.00 | 6,525.00 | 6,525.00 | 0.00 | 0.00 |
| SE LIVINGSTON CITY AMBULANCE | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| SECOND ROUND LP | Unsecured | 979.30 | NA | NA | 0.00 | 0.00 |
| SHARON A MALINOWSKI DDS | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MN DEPT OF REVENUE | Unsecured | 164.33 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 54.41 | NA | NA | 0.00 | 0.00 |
| THE CARDIOLOGY GRP | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |
| University Head & Neck Associates | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS PC | Unsecured | 7.20 | NA | NA | 0.00 | 0.00 |
| UPTOWN CASH | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING & UR | Secured | NA | 9,690.06 | 9,690.06 | 0.00 | 0.00 |
| US DEPT OF ED/NAVIENT | Unsecured | 2,412.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED/NAVIENT | Unsecured | 4,221.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $9,690.06 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $21,950.00 | $150.00 | $0.00 |
| All Other Secured | $1,700.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,340.06** | **$150.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $14,486.94 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$14,486.94** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,412.22** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $28.67 |
| Disbursements to Creditors | $150.00 |
| **TOTAL DISBURSEMENTS :** | **$178.67** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/22/2016                               By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**